No. 04–9054.  HALE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–9072.  FIELDS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9116.  THOM *v.* GONZALES, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 04–9139.  STODDARD *v.* IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 04–9356.  CLEMONS *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 04–9437.  GLOVER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9444.  RITCHIE *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 04–9454.  BROOKS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 04–9488.  MADRID-MANRIQUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–9510.  HILLHOUSE *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 04–9517.  MARES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–9535.  VILLEGAS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9538.  BAZILIO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–9556.  BONILLA *v.* RAMIREZ-PALMER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–9561.  GATES *v.* DISCOVERY COMMUNICATIONS INC. ET AL.  Sup. Ct. Cal.  Certiorari denied.